CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

LAITH MOSELY, SBN 250832
lmosely@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor,
Los Angeles, California 90067.
Telephone: (310) 440-4100
Facsimile: (310) 765-7649
Attorney for Defendant
Thor 900 Santa Fe LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOR 900 SANTA FE LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-01365-R-PLA<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: June 20, 2018         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: June 20, 2018         RAINES FELDMAN LLP

By: /s/ Laith Mosely
Laith Mosely
Attorney for Defendant
Thor 900 Santa Fe LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Laith Mosely, counsel for Thor 900 Santa Fe LLC, and that I have obtained Mr. Mosely's authorization to affix his electronic signature to this document.

Dated: June 20, 2018                    CENTER FOR DISABILITY ACCESS

                                        By: /s/ Phyl Grace
                                                Phyl Grace
                                                Attorney for Plaintiff