CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

LAITH MOSELY, SBN 250832
lmosely@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor,
Los Angeles, California 90067.
Telephone: (310) 440-4100
Facsimile: (310) 765-7649
Attorney for Defendant
Thor 900 Santa Fe LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br>  v.<br><br>THOR 900 SANTA FE LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants, | Case: 2:18-CV-01365-R-PLA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:  July 16, 2018          CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated:  July 16, 2018          RAINES FELDMAN LLP

By: ___/s/ Laith Mosely_____
    Laith Mosely
    Attorney for Defendant
    Thor 900 Santa Fe LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Laith Mosely, counsel for Thor 900 Santa Fe LLC, and that I have obtained Mr. Mosely's authorization to affix his electronic signature to this document.

Dated: July 16, 2018        CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
      Phyl Grace
      Attorneys for Plaintiff